FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2017 NOV -3 P 2: 07

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  1:17sw 733
)
The real property and premises known as )
1050 River Road, Stanley, Virginia )
)

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location):*

The premises known as 1050 River Road in Stanley, VA, contains a 2-story weathered white single-family house with dark shutters on the west side of River Road in Stanley, Virginia, approximately 900 feet south of the intersection of River and Honeyville Roads. The front door of the house on the west side of the property is behind a porch lined with white, weathered pillars. A gravel drive way leads into the property on the north side. There are three outbuildings on the property; two open wooden structures on the east side, behind the residence, and a red wooden two-story structure on the north end.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

firearms, ammunition, body armor, military-style equipment, and explosive materials and their precursors

**YOU ARE COMMANDED** to execute this warrant on or before _____November 13, 2017_____  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Theresa Carroll Buchanan_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date and time issued:  10/30/2017 10:55 am       _____
                                                  *Judge's signature*

City and state:   Alexandria, VA                 Theresa Carroll Buchanan, U.S. Magistrate Judge
                                                 *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:17sw | Date and time warrant executed: 11/2/17 @ 8:23 AM | Copy of warrant and inventory left with: INSIDE RESIDENCE |
| Inventory made in the presence of: N/A | | |

Inventory of the property taken and name of any person(s) seized:

1. H. PIEPER PATENT LEIGE BELGIUM .22LR RIFLE, S/N F5344

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/2/17

_Executing officer's signature_

NICHOLAS CASLEN, SPECIAL AGENT, FBI
_Printed name and title_